USCA1 Opinion

 

 September 26, 1994 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1224 UNITED STATES, Appellee, v. ABELARDO CUEVAS, Defendant, Appellant ____________________ ERRATA SHEET This opinion of this court issued on September 22 1994, is amended as follows: On page 2 line 15 please insert the number "1169-70" after the "comma" and the number "1162,". September 21, 1994 [NOT FOR PUBLICATION] UNITED STATE COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1224 UNITED STATES, Appellee, v. ABELARDO CUEVAS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, ______________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. ______________ ____________________ James B. Krasnoo on brief for appellant. ________________ ____________________ ____________________ Per Curiam. Appellant Abelardo Cuevas appeals his __________ conviction for possession of cocaine with intent to distribute, conspiracy to possess cocaine with intent to distribute, and aiding and abetting same. He also appeals his sentence of 235 months imprisonment. We have reviewed carefully the record in this case, including the transcript of appellant's trial, the transcript of his disposition hearing, and appellant's briefs. We find no merit in any of appellant's claims that the district court erred either during trial or at appellant's sentencing. Appellant's objection to the ethnic composition of the jury is foreclosed by this court's decision in United States v. Pion, 25 F.3d 18 _____________ ____ (1st Cir. 1994). Appellant's claim that he was denied effective assistance of counsel should be raised in a collateral proceeding pursuant to 28 U.S.C. 2255. See, ___ e.g., United States v. Jadusingh, 12 F.3d 1162, 1169-70, ___ _____________ _________ (1st Cir. 1994). Affirmed. ________ -3-